IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BCGC UNIT 1, INC.,

      Appellant,

v.

DEPARTMENT OF
FINANCIAL SERVICES,
DIVISION OF WORKERS'
COMPENSATION,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1983

Opinion filed September 23, 2014.

An appeal from the Department of Financial Services.

Bennett M. Miller of Law Offices of Bennett M. Miller, P.A., Tallahassee, for Appellant.

M. Drew Parker, General Counsel, and Trevor Suter, Assistant General Counsel, Department of Financial Services, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, ROWE, and OSTERHAUS, JJ., CONCUR.